1 | **KELLEY DRYE & WARREN LLP**
Becca J. Wahlquist (SBN 215948)
2 | bwahlquist@kelleydrye.com
Victor J. Sandoval (SBN 344461)
3 | vsandoval@kelleydrye.com
350 South Grand Avenue, Suite 3800
4 | Los Angeles, CA 90071
Telephone: (213) 547-4900
5 | Facsimile: (213) 547-4901

6 | **KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*Pro Hac Vice* forthcoming)
7 | lmazzuchetti@kelleydrye.com
One Jefferson Road, 2nd Floor
8 | Parsippany, NJ 07054
Telephone: (973) 503-5900
9 | Facsimile: (973) 503-5950

10 | *Attorneys for Defendant*
*Keurig Green Mountain, Inc.*

11 | **PACIFIC TRIAL ATTORNEYS**
12 | A Professional Corporation
Scott J. Ferrell, (SBN 202091)
13 | sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
14 | Newport Beach, CA 92660
Telephone: (949) 706-6464
15 | Facsimile: (949) 706-6469

16 | *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-09042 |
| Plaintiff, | Assigned to Hon. Jacqueline Scott Corley |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2** |
| KEURIG GREEN MOUNTAIN, INC., a Delaware corporation d/b/a KEURIG.COM; and DOES 1 through 25, inclusive, | |
| Defendants. | |

CASE NO. 3:22-CV-09042-JSC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

Pursuant to Civil Local Rule 6-2, Plaintiff Sonya Valenzuela ("Plaintiff") and Defendant Keurig Green Mountain, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint against Defendant on December 21, 2022;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on March 7, 2023 (ECF No. 12);

WHEREAS, Defendant's pending Motion to Dismiss Plaintiff's Complaint is scheduled to be heard on April 20, 2023;

WHEREAS, the Initial Case Management Conference is currently scheduled in this matter for March 23, 2023 (ECF No. 9);

WHEREAS, pursuant to Local Rule 6-2, Plaintiff and Defendant jointly request that the Court continue the Initial Case Management Conference to a date after the Court holds the hearing on Defendant's pending Motion to Dismiss Plaintiff's Complaint, for the reasons set forth in the accompanying Declaration of Becca Wahlquist;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their counsel, that the parties request that the Court enter an order continuing the Initial Case Management Conference until after the Court hears Defendant's pending Motion to Dismiss Plaintiff's Complaint.

///
///
///
///
///
///
///
//
///

DATED: March 9, 2023

By: /s/ *Becca J. Wahlquist*
Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
Victor Sandoval (SBN 344461)
vsandoval@kelleydrye.com
KELLEY DRYE & WARREN
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile:  (213) 547-4901

Lauri Mazzuchetti (*pro hac vice* forthcoming)
lmazzuchetti@kelleydrye.com
KELLEY DRYE & WARREN
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile:  (973) 503-5950

*Attorneys for Defendant*
*Keurig Green Mountain, Inc.*

By: /s/ *Scott J. Ferrell*
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
PACIFIC TRIAL ATTORNEYS, P.C.
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

*Attorneys for Plaintiff Sonya Valenzuela*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I, Becca Wahlquist, attest that concurrence in the filing of this document has been obtained by the other signatory to this document.

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 9, 2023, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-2** with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: March 9, 2023                    Respectfully submitted.

                                        By:   /s/ Becca J. Wahlquist
                                              Becca J. Wahlquist
                                              (SBN 215948)