1 **PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
2 Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
3 4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
4 Telephone: (949) 706-6464
Facsimile: (949) 706-6469
5
Attorneys for Plaintiff
6

7

8 **UNITED STATE DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-09042-JSC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCKET NO. 28** |
| v. | |
| KEURIG GREEN MOUNTAIN, INC., a Delaware corporation d/b/a KEURIG.COM; and DOES 1 through 25, inclusive, | |
| Defendants. | |

**TO THE COURT, CLERK, PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff Sonya Valenzuela hereby withdraws Docket No. 28, as it was erroneously filed in this matter, and asks the Court to remove said Docket No. 28.

Dated: April 14, 2023                  PACIFIC TRIAL ATTORNEYS, P.C.

                                        By: */s/ Scott J. Ferrell*

                                        Scott. J. Ferrell
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF DOCKET NO. 28 with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

Dated: April 14, 2023

                                                */s/ Scott J. Ferrell*
                                                   Scott J. Ferrell