# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to case

[22-cv-09042-JSC](#)

Valenzuela v. Keurig Green Mountain, Inc.

I find that the more recently filed case that I have initialed below is not related to the case assigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 23-cv-02543-KAW | Valenzuela v. Jane Marketplace, LLC |  | **JSC** |

## ORDER

Dated: May 25, 2023

By: /s/ Jacqueline Scott Corley

Jacqueline Scott Corley

United States District Judge

1