**KELLEY DRYE & WARREN LLP**
Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*Pro Hac Vice*)
lmazzuchetti@kelleydrye.com
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

*Attorneys for Defendant*
*Keurig Green Mountain, Inc.*

**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, (SBN 202091)
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC., a Delaware corporation d/b/a KEURIG.COM; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:22-cv-09042<br><br>Assigned to Hon. Jacqueline Scott Corley<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT BRIEFING PURSUANT TO LOCAL RULE 6-2** |

Pursuant to Civil Local Rule 6-2, Plaintiff Sonya Valenzuela ("Plaintiff") and Defendant Keurig Green Mountain, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed her Complaint against Defendant on December 21, 2022;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on March 7, 2023 (ECF No. 12);

WHEREAS, Plaintiff filed an Amended Complaint on March 9, 2023 (ECF No. 17);

WHEREAS, Defendant moved to dismiss the Amended Complaint on March 30, 2023 (ECF No. 25);

WHEREAS, Plaintiff opposed the motion to dismiss the Amended Complaint on April 13, 2023 (ECF No. 27);

WHEREAS, Defendant replied in support of the motion to dismiss the Amended Complaint on April 20, 2023 (ECF No. 32);

WHEREAS, the parties appeared before the Court at oral argument on the motion to dismiss the Amended Complaint on May 19, 2023;

WHEREAS, the Court granted the motion to dismiss the Amended Complaint and ordered dismissal of the Amended Complaint with leave to amend on May 24, 2023;

WHEREAS, Plaintiff filed a Second Amended Complaint on June 6, 2023 (ECF No. 42);

WHEREAS, Defendant's deadline to answer or otherwise respond to the Second Amended Complaint is presently June 20, 2023;

WHEREAS, Defendant intends to move to dismiss Plaintiff's Second Amended Complaint;

WHEREAS, pursuant to Local Rule 6-2, Plaintiff and Defendant jointly request, for the reasons set forth in the accompanying Declaration of Becca Wahlquist, that the

Court extend the time for Defendant to file a Motion to Dismiss the Second Amended Complaint (the "Motion") and to enter the following deadlines with respect to briefing the Motion:

- Defendant's Motion shall be due on June 30, 2023;
- Plaintiff's opposition to the Motion shall be due on July 21, 2023; and
- Defendant's reply in further support of the Motion shall be due on August 4, 2023.

WHEREAS, the requested extension will not alter the date of any other event or any other deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their counsel, the briefing schedule on the Motion to Dismiss Plaintiff's Second Amended Complaint will be as follows, subject to the Court's approval:

| Event | Deadline |
| --- | --- |
| Defendant's Motion to Dismiss the Second Amended Complaint | June 30, 2023 |
| Plaintiff's Opposition Brief | July 21, 2023 |
| Defendant's Reply Brief | August 4, 2023 |

DATED: June 14, 2023

By: /s/ Becca J. Wahlquist
Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
KELLEY DRYE & WARREN
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

Lauri Mazzuchetti (*pro hac vice*)
lmazzuchetti@kelleydrye.com
KELLEY DRYE & WARREN
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

*Attorneys for Defendant*
*Keurig Green Mountain, Inc.*

By: */s/ Scott J. Ferrell*
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
PACIFIC TRIAL ATTORNEYS, P.C.
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

*Attorneys for Plaintiff Sonya Valenzuela*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I, Becca Wahlquist, attest that concurrence in the filing of this document has been obtained by the other signatory to this document.

DATED: June 14, 2023

By: */s/ Becca J. Wahlquist*
Becca J. Wahlquist (SBN 215948)
bwahlquist@kelleydrye.com
KELLEY DRYE & WARREN
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the briefing schedule for the Motion to Dismiss the Second Amended Complaint (the "Motion") is as follows:

- Defendant's Motion is due on June 30, 2023;
- Plaintiff's opposition to the Motion is due on July 21, 2023; and
- Defendant's reply in support of the Motion is due on August 4, 2023.

**IT IS SO ORDERED.**

Dated: _____

Hon. Jacqueline Scott Corley
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2023, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT BRIEFING PURSUANT TO LOCAL RULE 6-2** with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: June 14, 2023                             Respectfully submitted.

                                                 By:   */s/ Becca J. Wahlquist*
                                                       Becca J. Wahlquist
                                                       (SBN 215948)